AO 91 (Rev. 11/11) Criminal Complaint AUSA Alejandro G. Ortega (312) 353-4129



**FILED**
1/27/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: |
| v. | **UNDER SEAL** |
| THOMAS BENNETT | |

**22 CR 52**

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about January 20, 2022, at Oak Lawn, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 875(c) | Transmitting in interstate commerce a communication containing a threat to injure the person of another |

This criminal complaint is based upon these facts:

__X__ Continued on the attached sheet.

*Chris LeCompte*
Chris LeCompte
Task Force Officer
Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: January 27, 2022 _____
*Judge's signature*

City and state: Chicago, Illinois MARIA VALDEZ, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

### AFFIDAVIT

I, Chris LeCompte, being duly sworn, state as follows:

1. I am an Evergreen Park Police Department (EPPD) detective and have been so employed as a police officer with EPPD since February 2010. I am currently working as a deputized Task Force Officer with the Federal Bureau of Investigation (FBI), and have been so assigned since August 25, 2021. My responsibilities include the investigation of federal crimes, including violent crimes, kidnapping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that Thomas Bennett has violated Title 18, United States Code, Section 875(c). Because I am submitting this affidavit for the limited purpose of establishing probable cause in support of a criminal complaint charging Bennett with transmitting threats in interstate commerce, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement personnel, and from persons with knowledge regarding the relevant facts. Where recorded voicemails are discussed in this affidavit, the language that is quoted from the voicemail is based upon a preliminary

review of the voicemails and not on final transcripts. Summaries and excerpts do not include all statements or topics covered during the course of the voicemails.

I.     **FACTS SUPPORTING PROBABLE CAUSE**

4. As set forth in more detail below, on January 20, 2022, Thomas Bennett called a 911 dispatcher located in Oak Lawn, Illinois, and threatened to murder Victim A. At the time he made the telephone call, Bennett was located in Montana.

5. According to information received from the Oak Lawn, Illinois, Police Department Central Dispatch, which receives 911 calls for EPPD, at 2:22 a.m. on January 20, 2022, a male, who identified himself in the call as "Thomas R. Bennett," called the Oak Lawn Police Department Central Dispatch from telephone number (630) \*\*\*-9001 ("Bennett's Phone").[1]

6. Based on my review of that call, which was recorded, Bennett told the dispatcher that he was "in the Rockies" where it was "freezing cold" and demanded that the dispatcher tell him who was the "shot caller in Evergreen Park." Later in the call, Bennett asked about two individuals: "Victim A" and "Victim B."[2] Bennett stated that "Victim A is a n\*\*\*er, he's a f\*\*k face, he is getting murdered. I'm going to murder him with my bare hands, he's f\*\*ked." Bennett then spelled out Victim A's first name for the dispatcher. Bennett then asked the dispatcher "Does Victim A still work there?" Later in the call, Bennett asked the dispatcher again: "So, can you just

---

[1] According to law enforcement databases, Bennett is the registered user of the telephone with number (630) \*\*\*-9001. Bennett's full phone number is redacted in this affidavit.

[2] Bennett identified these victims by name. Victim names have ben redacted in this affidavit to protect their privacy and security.

2

do me a favor, have somebody find out, does this f***ing n***er Victim A still work there?" Bennett continued: ". . . and so Victim B's f**ked because apparently one of his nephews was in the naval academy . . . he's f**ked." Bennett also spelled out Victim B's last name for the dispatcher.

7. I know that Victim A is an EPPD officer, and Victim B is a former EPPD officer.

8. According to information and records obtained from EPPD, following the call by Bennett, EPPD obtained records from AT&T, the service provider for Bennett's Phone. According to records provided from AT&T, at the time Bennett called the EPPD police dispatch, Bennett's Phone was located in the state of Montana.

9. According to reports and information from the United States Marshals' Service, USMS deputies interviewed a relative of Bennett who stated that Bennett was in Bozeman, Montana, but that to that relative's knowledge, Bennett traveled back to Chicago by bus on Sunday evening (January 23, 2022).

10. According to reports and information received from the United States Marshals' Service and Individual A's place of business, on January 20, and 24, 2022, an individual identifying himself as "Tom Bennett" called Individual A at Individual A's place of business and left numerous voicemails. According to call logs maintained by Individual A's place of business, the individual identifying himself as "Tom Bennett" called from telephone number (630) ***-9001 (Bennett's Phone) in the early morning hours of January 20, 2022, and left several voicemails. In one of the voicemails, the individual, who identified himself as both "Thomas R. Bennett" and

3

"Tom Bennett," stated that his phone number is (630) \*\*\*-9001 (Bennett's Phone). In this voicemail, the individual also stated that his date of birth is June \*\*, 19\*\*, which, according to law enforcement databases, is Bennett's date of birth. Further, on January 24, 2022, this same individual left additional voicemails for Individual A at Individual A's place of business. According to call logs maintained by Individual A's place of business, the individual made each call from telephone number (630) \*\*\*-9001 (Bennett's Phone). In one of the voicemails the caller identifies himself as "Tom Bennett." Based on my review of the voicemails left on January 20 and January 24, 2022, the voice of the caller is the same as that of the individual who made the January 20, 2022, call to Oak Lawn Police Dispatch as described above.

## II. CONCLUSION

11. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about January 20, 2022, THOMAS BENNETT transmitted in interstate commerce threats to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

FURTHER AFFIANT SAYETH NOT.

*Chris LeCompte*

Chris LeCompte
Task Force Officer
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone January 27, 2022.

Honorable MARIA VALDEZ
United States Magistrate Judge