

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | 22 CR 52 |
|---|---|
| v. | Violation: Title 18, United States Code, Section 875(c) |
| THOMAS BENNETT | |

The SPECIAL JULY 2021 GRAND JURY charges:

On or about January 20, 2022, at Oak Lawn, in the Northern District of Illinois, Eastern Division, and elsewhere,

THOMAS BENNETT,

defendant herein, did transmit in interstate commerce a communication containing a threat to injure the person of another, namely, words to the effect of "[Victim A] is getting murdered. I'm going to murder [Victim A] with my bare hands";

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

_____

FOREPERSON

_____
Signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY