IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) No. 22 CR 52 | |
| v. ) | |
| ) Judge Jorge L. Alonso | |
| THOMAS BENNETT ) | |

### MOTION TO WITHDRAW AS COUNSEL

Now comes counsel, PIYUSH CHANDRA, FEDERAL DEFENDER PROGRAM, for defendant, THOMAS BENNETT, and requests leave of the court to withdraw as counsel. The basis of this request is the following:

1. On March 4, 2022, the Honorable Magistrate Judge Susan Cox appointed this counsel to represent Mr. Bennett in this matter.

2. On July 6, 2022, this court found Mr. Bennett incompetent to stand trial and ordered his commitment for restoration.

3. Attorney client communications have completely broken down with Mr. Bennett. Counsel is aware of Mr. Bennett's current mental health status and his challenges. However, despite Mr. Bennett's mental health status, it is counsel's opinion that the attorney-client relationship has broken down to the point that it cannot be restored.

1

For the above stated reasons, and the long term interests of Mr. Bennett and this case, it is hereby requested that the court grant this motion and appoint an attorney from the Federal Defender panel to represent Mr. Bennett. Should the court seek additional information, it is requested that the court conduct an ex-parte hearing.

          Respectfully submitted,

          FEDERAL DEFENDER PROGRAM
          John F. Murphy
          Executive Director

By: _____
     Piyush Chandra
     Attorney for Thomas Bennett

PIYUSH CHANDRA
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, IL 60603
(312) 621-8337

Case: 1:22-cr-00052 Document #: 32 Filed: 11/22/22 Page 3 of 3 PageID #:91